JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUSTIN H. WILKES, | ) | NO. CV 21-5543-SVW (KS) |
|     Plaintiff, | ) | |
|   v. | ) | |
| | ) | ORDER AND JUDGMENT OF DISMISSAL |
| CHAN ZUCKERBERG INITIATIVE ADVOCACY, INC., et al, | ) ) | |
|     Defendants. | ) ) | |

On June 7, 2021, Plaintiff, a California state resident proceeding *pro se*, filed a complaint and an "Order on Court Fee Waiver (Superior Court)," which the Court liberally construed as a Request for Waiver of Fees (the "Request"). (Dkt. Nos. 1, 2.) On July 12, 2021, the Court notified Plaintiff that his apparent request to proceed *in forma pauperis* did not comply with Local Rule 5-2 of the Central District. (Dkt. No. 5.) The Court denied the Request accordingly and directed that, in order to proceed with the action, Plaintiff must properly file an IFP application or pay the filing fee in full within seven days, *i.e.*, no later than July 19, 2021. (*Id.*)

//
//
//

1

More than a week has now passed since Plaintiff's July 19, 2021 deadline, and Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: July 30, 2021

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE